DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JERMAINE LOVETT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2855

[December 31, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara Duffy, Judge; L.T. Case No. 14-010242CF10A.

Jermaine Lovett, Arcadia, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and CIKLIN, JJ., concur.

\*         \*         \*

***Not final until disposition of timely-filed motion for rehearing.***